11/30/2016 11:19:28 AM
16CV38474

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities,<br><br>Defendant. | Case No.   16CV38474<br><br>**ACCEPTANCE OF SERVICE** |

I, Maret Thatcher Smith, by execution of this document, do hereby accept service of the attached Summons and Complaint on behalf of Defendant Sanjana Pahalad Mancuso. This Acceptance of Service is to have the same force and effect as if Defendant was personally served with the documents, under and pursuant to the rules and statutes of the State of Oregon. I hereby waive any irregularities in the manner of service.

DATED this 29th day of Novemb_____, 2016.

THATCHER SMITH LAW

By: s/ [signature]
Maret Thatcher Smith, OSB #105103
maret@thatchersmithlaw.com
Telephone:   503-284-7129
Of Attorneys for Defendant

Page 1 –    ACCEPTANCE OF SERVICE

HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Exhibit 4
Page 1 of 4

**CERTIFICATE OF SERVICE**

I certify that on November 29, 2016, I served or caused to be served a true and complete copy of the foregoing ACCEPTANCE OF SERVICE on the party or parties listed below as follows:

- ☐ Via the Court's Efiling System
- ☒ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

Maret Thatcher Smith
Thatcher Smith Law
107 SE Washington St. Ste 255
Portland, OR 97214
    Of Attorneys for Defendant

HARRANG LONG GARY RUDNICK P.C.

By:    s/Arden J. Olson
Arden J. Olson, OSB #870704
Telephone: 541-485-0220
Facsimile: 541-686-6564
Of Attorneys for Plaintiff

00856379.v1

HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Page 2 –   ACCEPTANCE OF SERVICE

Exhibit 4
Page 2 of 4

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities,<br><br>Defendant. | Case No.  16CV38474<br><br>**SUMMONS** |

To: Sanjana Pahalad Mancuso
c/o Maret Thatcher Smith
Thatcher Smith Law
107 SE Washington St., Suite 255
Portland, OR 97214

You are hereby required to appear and defend the Complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this Summons upon you, and in case of your failure to do so, for want thereof, the plaintiff will apply to the court for the relief demanded in the Complaint.

**NOTICE TO DEFENDANT:**

**READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days

Page 1 –  SUMMONS

HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Exhibit 4
Page 3 of 4

1  along with the required filing fee. It must be in proper form and have proof of service on
2  the petitioner's attorneys or, if the petitioner does not have an attorney, proof of service
3  on the petitioner.
4      If you have any questions, you should see an attorney immediately. If you need
5  help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service
6  at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.
7      DATED this 29th day of November, 2016.

HARRANG LONG GARY RUDNICK P.C.

By: _____
Arden J. Olson, OSB #870704
arden.j.olson@harrang.com
Lorelei Craig, OSB #152515
lorelei.craig@harrang.com
Telephone:   541-485-0220
Facsimile:   541-686-6564
Of Attorneys for Plaintiff

Trial Attorney: Arden J. Olson

00856390.v1

HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Page 2 –   SUMMONS

Exhibit 4
Page 4 of 4