Verified Correct Copy of Original 12/30/2016

4TH JUDICIAL DIST.
16 DEC 29 PM 2:46
FILED

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities,<br><br>Defendant. | Case No.  16CV38474<br><br>**MOTION FOR CHANGE OF JUDGE** |

Plaintiff moves the court for an order disqualifying the Honorable Jerome E. LaBarre from presiding over this case and assigning another judge to do so.

Counsel for the parties received electronic notification of Judge LaBarre's assignment as motions judge on December 28, 2016.

Plaintiff's counsel has conferred with defendant's counsel, Maret Thatcher Smith, and she does not oppose this motion. Plaintiff's counsel has hand delivered a copy of this motion and supporting affidavit to Judge LaBarre's chambers.

This motion is made pursuant to ORS 14.250 to 14.270 and is supported by the attached affidavit of counsel.

ARRANG LONG GARY
RUDNICK P.C.
0 East 10th Avenue
Suite 300
ene, OR 97401-3273
hone 541-485-0220
Fax 541-686-6564

Page 1 –   MOTION FOR CHANGE OF JUDGE

Exhibit 8
Page 1 of 3

DATED this 29th day of December, 2016.

       HARRANG LONG GARY RUDNICK P.C.

       By: *Susan Marmaduke*
       Susan D. Marmaduke, OSB 841458
       susan.marmaduke@harrang.com
       Arden J. Olson, OSB 870704
       arden.j.olson@harrang.com
       Lorelei Craig, OSB 152515
       lorelei.craig@harrang.com
       Telephone: 541-485-0220
       Facsimile: 541-686-6564
       Of Attorneys for Plaintiff

       Trial Attorney: Arden J. Olson

Page 2 —   MOTION FOR CHANGE OF JUDGE

HARRANG LONG GARY
RUDNICK P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Verified Correct Copy of Original 12/30/2016

Exhibit 8
Page 2 of 3

Verified Correct Copy of Original 12/30/2016

# CERTIFICATE OF SERVICE

I certify that on December 29, 2016, I served or caused to be served a true and complete copy of the foregoing **MOTION FOR CHANGE OF JUDGE** on the party or parties listed below as follows:

- ☐ Via the Court's Efiling System
- ☒ Via First Class Mail, Postage Prepaid
- ☒ Via Email
- ☐ Via Personal Delivery

Maret Thatcher Smith
maret@thatchersmithlaw.com
Thatcher Smith Law
107 SE Washington St. Ste 255
Portland, OR 97214

Of Attorneys for Defendant

I further certify that on December 29, 2016, I caused a true and correct copy of this proposed **MOTION FOR CHANGE OF JUDGE** to be served by hand delivery to The Honorable Jerome LaBarre's chambers.

HARRANG LONG GARY RUDNICK P.C.

By: _Susan Marmaduke_
Susan D. Marmaduke, OSB 841458
susan.marmaduke@harrang.com
Telephone: 541-485-0220
Facsimile: 541-686-6564
Of Attorneys for Plaintiff

00872651.v1

HARRANG LONG GARY RUDNICK P.C.
0 East 10th Avenue
Suite 300
ene, OR 97401-3273
hone 541-485-0220
Fax 541-686-6564

Page 3 –  MOTION FOR CHANGE OF JUDGE

Exhibit 8
Page 3 of 3