

16 DEC 29 PM 2:47
FILED

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities,<br><br>Defendant. | Case No. 16CV38474<br><br>**AFFIDAVIT OF SUSAN D. MARMADUKE IN SUPPORT OF MOTION FOR CHANGE OF JUDGE** |

STATE OF OREGON   )
                 ) ss.
County of Multnomah )

I, Susan D. Marmaduke, after being duly sworn, depose and say:

1. I am one of the attorneys for plaintiff in this matter.

2. The information contained in this affidavit is of my own personal knowledge.

3. On December 28, 2016, a Notice of Appointment of Judge was lodged in this matter assigning The Honorable Jerome E. LaBarre as a Motions judge to hear all pretrial motions (excluding Summary Judgment motions), except as further provided by order of the Presiding Judge. See Notice of Appointment of Judge, attached hereto as Exhibit 1; Register of Actions, Exhibit 2.

Page 1 –   AFFIDAVIT OF SUSAN D. MARMADUKE IN SUPPORT OF MOTION FOR CHANGE OF JUDGE

HARRANG LONG GARY RUDNICK P.C.
East 10th Avenue
Suite 300
ne, OR 97401-3273
one 541-485-0220
ax 541-686-6564

Exhibit 9
Page 1 of 5

Verified Correct Copy of Original 12/30/2016.

1  4.  Judge LaBarre has not ruled upon any petition, demurrer, or motion in this
2  case.
3  5.  On December 29, 2016, I conferred with defendant's counsel, Maret
4  Thatcher Smith. She informed me that she does not oppose this motion.
5  6.  On December 29, 2016, I caused to be hand delivered to Judge LaBarre's
6  chambers a copy of this motion and supporting affidavit.
7  7.  I believe that Plaintiff Providence Health & Services-Oregon cannot have
8  a fair and impartial trial or hearing before Judge LaBarre.
9  8.  This affidavit is made in good faith and not for the purpose of delay.
10  DATED this 29th day of December, 2016.

Susan D. Marmaduke

SUBSCRIBED AND SWORN to before me this 29th day of December, 2016.



Notary Public for Oregon

OFFICIAL SEAL
DEBORAH M BOERSMA
NOTARY PUBLIC - OREGON
COMMISSION NO. 480826
MY COMMISSION EXPIRES SEPTEMBER 06, 2017

Page 2 —  AFFIDAVIT OF SUSAN D. MARMADUKE IN SUPPORT OF MOTION
         FOR CHANGE OF JUDGE

HARRANG LONG GARY
RUDNICK P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Exhibit 9
Page 2 of 5

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW 4TH AVENUE, PORTLAND, OR 97204
503.988.3022, Option 3

December 28, 2016

ARDEN J OLSON
HARRANG LONG GARY RUDNICK PC
360 E 10TH AVE STE 300
EUGENE OR 97401

Re: Providence Health & Services-Oregon vs Sanjana Pahalad Mancuso
Case #: 16CV38474    Contract

### NOTICE OF APPOINTMENT OF JUDGE

As provided by the court's rules and policy, the Court finds this case has progressed to a point in its process where it is appropriate to appoint a judge.

Judge Jerome E LaBarre has been appointed as a Motions judge or as the Foreclosure Panel judge if this is a Foreclosure case as noted above.

If the judge named above is assigned as a motions judge, the case is assigned to that judge to hear all pretrial motions (excluding Summary Judgment motions), except as further provided by order of the Presiding Judge.

The moving party shall contact the motion judge's chambers to schedule a hearing for any pending motions. The moving party must provide to all parties notice of the time, date, and location set for the hearing, and the name of the judge who will hear the motion. Notice to the parties may be by any means of communication to which the parties mutually have agreed. If there is no agreement as to the means for giving notice, then notice must be given in writing and delivered to each party.

If the judge named above is assigned as a Foreclosure Panel judge, the case is assigned to that judge for all matters.

For additional information regarding judge assignment, please review the Supplemental Local Rule by visiting the court website at:
http://courts.oregon.gov/Multnomah/Rules_and_Fees/Court_Rules/Pages/Court_Rules.aspx

_Verified Correct Copy of Original 12/30/2016._

Exhibit 1
Page 1 of 1

Exhibit 9
Page 3 of 5

https://publicaccess.courts.oregon.gov/PublicAccessLogin/CaseDetail.as...

# REGISTER OF ACTIONS
## CASE NO. 16CV38474

| | | |
|---|---|---|
| Providence Health & Services-Oregon vs Sanjana Pahalad Mancuso | § § § § § | Case Type: Contract<br>Date Filed: 11/18/2016<br>Location: Multnomah |

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | Mancuso, Sanjana Pahalad *On Behalf Of* the Estate of Rattan Kumar Pahalad | | Maret Thatcher Smith<br>*Retained*<br>971 284-7129(W) |
| Plaintiff | Providence Health & Services-Oregon *Doing Business As* Providence Portland Medical Center | | ARDEN J OLSON<br>*Retained*<br>541 485-0220(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| 11/18/2016 | **Complaint** |
| | Breach of Contract; NOT SUBJECT TO MANDATORY ARBITRATION |
| | Created: 11/18/2016 10:18 AM |
| 11/18/2016 | **Service** |

| | Mancuso, Sanjana Pahalad | Served | 11/29/2016 |
| | | Returned | 11/30/2016 |

| | Created: 11/18/2016 10:18 AM |
| 11/30/2016 | **Proof - Service** |
| | Created: 11/30/2016 11:41 AM |
| 12/19/2016 | **Answer** |
| | Created: 12/19/2016 3:47 PM |
| 12/19/2016 | **Motion - Dismissal** |
| | of plaintiff's 2nd claim for relief |
| | Created: 12/20/2016 10:35 AM |
| 12/28/2016 | **Order** (Judicial Officer: Waller, Nan G ) |
| | APPOINTING JUDGE LaBarre as Motions Judge |
| | Signed: 12/28/2016 |
| | Created: 12/28/2016 2:32 PM |
| 12/28/2016 | **Notice** |
| | APPOINTMENT OF JUDGE |
| | Created: 12/28/2016 2:54 PM |

### FINANCIAL INFORMATION

| | Defendant Mancuso, Sanjana Pahalad | | | | |
|---|---|---|---|---|---|
| | Total Financial Assessment | | | | 783.00 |
| | Total Payments and Credits | | | | 531.00 |
| | Balance Due as of 12/29/2016 | | | | 252.00 |
| 12/19/2016 | Transaction Assessment | | | | 252.00 |
| 12/19/2016 | xWeb Accessed eFile | Receipt # 2016-2872592 | | Mancuso, Sanjana Pahalad | (252.00) |
| 12/20/2016 | Transaction Assessment | | | | 531.00 |
| 12/20/2016 | Counter Payment | Receipt # 2016-2877682 | | Thatcher; Smith; Maret | (279.00) |
| | | | | | |
| | Plaintiff Providence Health & Services-Oregon | | | | |
| | Total Financial Assessment | | | | 531.00 |
| | Total Payments and Credits | | | | 531.00 |
| | Balance Due as of 12/29/2016 | | | | 0.00 |
| 11/18/2016 | Transaction Assessment | | | | 531.00 |
| 11/18/2016 | xWeb Accessed eFile | Receipt # 2016-2794085 | | Providence Health & Services-Oregon | (531.00) |

Verified Correct Copy of Original 12/30/2016.

Exhibit 2
Page 1 of 1
12/29/2016 10:14 AM

Exhibit 9
Page 4 of 5

## CERTIFICATE OF SERVICE

I certify that on December 29, 2016, I served or caused to be served a true and complete copy of the foregoing **AFFIDAVIT OF SUSAN D. MARMADUKE IN SUPPORT OF MOTION FOR CHANGE OF JUDGE** on the party or parties listed below as follows:

☐ Via the Court's Efiling System
☑ Via First Class Mail, Postage Prepaid
☑ Via Email
☐ Via Personal Delivery

Maret Thatcher Smith
Thatcher Smith Law
107 SE Washington St. Ste 255
Portland, OR 97214

Of Attorneys for Defendant

I further certify that on December 29, 2016, I caused a true and correct copy of this proposed **AFFIDAVIT OF SUSAN D. MARMADUKE IN SUPPORT OF MOTION FOR CHANGE OF JUDGE** to be served by hand delivery to The Honorable Jerome LaBarre's chambers.

HARRANG LONG GARY RUDNICK P.C.

By: *Susan Marmaduke*
Susan D. Marmaduke, OSB 841458
Telephone:  541-485-0220
Facsimile:  541-686-6564
Of Attorneys for Plaintiff

P0676038.v1

Page 3 —  AFFIDAVIT OF SUSAN D. MARMADUKE IN SUPPORT OF MOTION FOR CHANGE OF JUDGE

HARRANG LONG GARY RUDNICK P.C.
0 East 10th Avenue
Suite 300
ene, OR 97401-3273
none 541-485-0220
ax 541-686-6564

Verified Correct Copy of Original 12/30/2016

Exhibit 9
Page 5 of 5