

16 DEC 29 PM 2:46
FILED

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities,<br><br>Defendant. | Case No. 16CV38474<br><br>**ORDER ON PLAINTIFF'S MOTION FOR CHANGE OF JUDGE** |

This matter came before the court on plaintiff's Motion for Change of Judge in the above entitled matter. The court having considered the motion,

It is hereby ordered that plaintiff's motion is:

☒ GRANTED

☐ DENIED

DEC 29 2016

_____

Page 1 —    **ORDER ON PLAINTIFF'S MOTION FOR CHANGE OF JUDGE**

ARRANG LONG GARY RUDNICK P.C.
50 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Exhibit 10
Page 1 of 3

Submitted by:

Susan D. Marmaduke, OSB 841458
susan.marmaduke@harrang.com
Of Attorneys for Plaintiff

**CERTIFICATE OF READINESS UTCR 5.100(1)**

I hereby certify as follows with respect to the Order on Plaintiff's Motion for Change of Judge.

A.  This proposed Order is ready for judicial signature because:

   1   [ xx ] I have today served a copy of this order on all parties entitled to service and:

   a.   [ xx ] No objection has been served on me.

HARRANG LONG GARY RUDNICK P.C.

By: *Susan Marmaduke*
Susan D. Marmaduke, OSB 841458
Of Attorneys for Plaintiff

Page 2 -- **ORDER ON PLAINTIFF'S MOTION FOR CHANGE OF JUDGE**

Exhibit 10
Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on December 29, 2016, I served or caused to be served a true and correct copy of the foregoing **ORDER ON PLAINTIFF'S MOTION FOR CHANGE OF JUDGE** on the party or parties listed below as follows:

- ☐ Via the Court's Efiling System
- ☒ Via First Class Mail, Postage Prepaid
- ☒ Via Email
- ☐ Via Personal Delivery

Maret Thatcher Smith
Thatcher Smith Law
107 SE Washington St. Ste 255
Portland, OR 97214

Of Attorneys for Defendant

I further certify that on December 29, 2016, I caused a true and correct copy of this proposed **ORDER ON PLAINTIFF'S MOTION FOR CHANGE OF JUDGE** to be served by hand delivery to The Honorable Jerome LaBarre's chambers.

HARRANG LONG GARY RUDNICK P.C.

By: *Susan Marmaduke*
Susan D. Marmaduke, OSB 841458
susan.marmaduke@harrang.com
Telephone: 541-485-0220
Facsimile: 541-686-6564
Of Attorneys for Plaintiff

00872652.v1

Page 3 – **ORDER ON PLAINTIFF'S MOTION FOR CHANGE OF JUDGE**

Exhibit 10
Page 3 of 3