_Verified Correct Copy of Original 12/30/2016._

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH
1021 SW 4TH AVENUE, PORTLAND OR 97204

16 DEC 30 AM 9:07
FILED

Case No: 16CV38474

Providence Health & Services-
Oregon
vs
Sanjana Pahalad Mancuso

**ORDER APPOINTING JUDGE TO CASE**

As provided by the court's rules and policy, the Court finds that the above case has progressed to a point in its process where it is appropriate to appoint a judge for the purpose of hearing pretrial motions in this action.

Now therefore the Court orders that **Judge Eric J Bloch** is appointed as
☒ **Motions** ☐ **Foreclosure Panel** judge.

If the judge named above is assigned as a motions judge, the case is assigned to that judge to hear all pretrial motions (excluding Summary Judgment motions), except as further provided by order of the Presiding Judge.

The moving party shall contact the motion judge's chambers to schedule a hearing for any pending motions. The moving party must provide to all parties notice of the time, date, and location set for the hearing, and the name of the judge who will hear the motion. Notice to the parties may be by any means of communication to which the parties mutually have agreed. If there is no agreement as to the means for giving notice, then notice must be given in writing and delivered to each party.

If the judge named above is assigned as a Foreclosure Panel judge, the case is assigned to that judge for all matters.

December 29, 2016
Date

_Nan G. Waller_
Nan G. Waller, Presiding Judge

Exhibit 11
Page 1 of 1