IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

**PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,

   Plaintiff,

vs.

**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities,

   Defendant.

Case No.: 16CV38474

DEFENDANT'S PROOF OF SERVICE OF ANSWER AND MOTION TO DISMISS

I, Maret Thatcher Smith, certify that on December 21, 2016, I mailed a true copy of defendant's Answer and defendant's Motion to Dismiss Plaintiff's Second Claim for Relief via first class mail with sufficient postage to plaintiff's attorney, Arden Olson at 360 E 10th Ave #300, Eugene OR 97401.

           Thatcher Smith Law, LLC

           s/  Maret Thatcher Smith
           Maret Thatcher Smith OSB # 105103

           of Attorneys for Personal Representative

DEFENDANT'S PROOF OF SERVICE OF ANSWER AND MOTION TO DISMISS

Thatcher Smith Law, LLC – 312 NW 10th Ave #200B, Portland Oregon 97209 – 971-284-7129

**Exhibit 12
Page 1 of 2**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | DEFENDANT/PERSONAL REPRESENTATIVE |
| 5 | Sanjana Pahalad Mancuso<br>7070 N. Hayden Island Drive Unit 423 |
| 6 | Portland, OR 97217 |
| 7 | ATTORNEY FOR PERSONAL REPRESENTATIVE |
| 8 | Maret Thatcher Smith<br>312 NW 10th Ave. #200B |
| 9 | Portland, OR 97209<br>Ph: 971-284-7129 |
| 10 | maret@thatchersmithlaw.com<br>OSB # 105103 |

DEFENDANT'S PROOF OF SERVICE OF ANSWER AND MOTION TO DISMISS

Thatcher Smith Law, LLC – 312 NW 10th Ave #200B, Portland Oregon 97209 – 971-284-7129

**Exhibit 12**
**Page 2 of 2**