IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

16cv38474

**PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center, Plaintiff,

vs.

**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities,

Case No.: 16PB03421

ORDER ADMITTING KRISTOPHER R. ALDERMAN PRO HAC VICE

Having reviewed Defendant's unopposed Motion to Admit Out-of-State Counsel Kristopher R. Alderman, *pro hac vice*, and finding that Kristopher R. Alderman has complied with all the requirements for *pro hac vice* admission, Kristopher R. Alderman is hereby admitted to appear in this case on behalf of the Defendant. Kristopher R. Alderman is ordered to notify the Court of any changes in his insurance or status.

Signed: 2/3/2017 03:58 PM

_____
Circuit Court Judge Nan G. Waller
proxy signed by LD

Submitted By:

DEFENDANT
Sanjana Pahalad Mancuso, PR
7070 N. Hayden Island Drive Unit 423
Portland, OR 97217

ATTORNEY FOR PERSONAL REPRESENTATIVE

ORDER ADMITTING OUT-OF-STATE COUNSEL KRISTOPHER R. ALDERMAN

Thatcher Smith Law, 107 SE Washington St., #255, Portland Oregon 97214 – 971-284-7129

Exhibit 17
Page 1 of 3

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Maret Thatcher Smith |
| | 107 SE Washington St., #255 |
| 4 | Portland, OR 97209 |
| | Ph: 971-284-7129 |
| 5 | maret@thatchersmithlaw.com |
| | OSB # 105103 |

ORDER ADMITTING OUT-OF-STATE COUNSEL KRISTOPHER R. ALDERMAN

Thatcher Smith Law, 107 SE Washington St., #255, Portland Oregon 97214 – 971-284-7129

2

**Exhibit 17**
**Page 2 of 3**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center, Plaintiff, <br> vs. <br> **SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities, | Case No.: 16PB03421 <br><br> CERTIFICATE OF READINESS UTCR 5.100(1) |

The proposed Order is ready for judicial signature because I have served the proposed order to all parties entitled to service and no objection has been served on me.

THATCHER SMITH LAW, LLC


s/ Maret Thatcher Smith
Maret Thatcher Smith, OSB #105103
Attorney for Defendant
Maret@thatchersmithlaw.com
Ph: 971-284-7129

CERTIFICATE OF READINESS UTCR 5.100

Thatcher Smith Law, 107 SE Washington St., #255, Portland Oregon 97214 – 971-284-7129

**Exhibit 17**
**Page 3 of 3**