IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br>Plaintiff,<br>vs.<br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities, | Case No.: 16CV38474<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT OUT OF STATE ATTORNEY, KRISTOPHER R. ALDERMAN PRO HAC VICE |

I, Maret Thatcher Smith, am one of the attorneys for the Defendant in this matter and the information contained in this affidavit is of my own personal knowledge.

1. On January 31, 2017 I conferred with Plaintiff's counsel, Arden Olson regarding the motion to admit out of state attorney Kristopher R. Alderman *pro hac vice.* He informed me that he does not oppose this motion.

2. On February 2, 2017, I caused to be hand delivered to Judge Bloch's office a copy of the motion, this supporting affidavit, the proposed order, and a certificate of readiness.

1

AFFIDAVIT OF MARET THATCHER SMITH IN SUPPORT OF MOTION TO ADMIT OUT OF STATE ATTORNEY, KRISTOPHER R. ALDERMAN PRO HAC VICE

Thatcher Smith Law, 107 SE Washington St., #255, Portland Oregon 97214 – 971-284-7129

**Exhibit 18
Page 1 of 2**

DATED this 2nd of February, 2017

                                                                    _____
                                                                    Maret Thatcher Smith

SUBSCRIBED AND SWORN to before me this 2nd day of February, 2017.

                                                                    _____
                                                                    Notary Public for Oregon

2

AFFIDAVIT OF MARET THATCHER SMITH IN SUPPORT OF MOTION TO ADMIT OUT OF STATE ATTORNEY, KRISTOPHER R. ALDERMAN PRO HAC VICE

Thatcher Smith Law, 107 SE Washington St., #255, Portland Oregon 97214 – 971-284-7129

**Exhibit 18**
**Page 2 of 2**