IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br><br>              Plaintiff,<br><br>vs.<br><br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities,<br><br>              Defendant. | Case No.: 16CV38474<br><br>**ORDER ON DEFENDANT'S MOTION TO DISMISS** |

This matter comes before the Court on Defendant's Motion to Dismiss the second claim for relief in Plaintiff's Complaint, which is styled as "Wrongful Denial of Probate Claim." Having considered the briefs and arguments of the parties, the Court **GRANTS** the motion as a motion for more definite statement and **ORDERS** Plaintiff to submit an Amended Complaint re-pleading the Wrongful Denial of Probate Claim cause of action on or before February 15, 2017.

Signed: 3/1/2017 1:53 AM

_____
Circuit Court Judge Eric J. Bloch

Exhibit 21
Page 1 of 2

CERTIFICATE OF READINESS UTCR 5.100(1)

    The proposed Order is ready for judicial signature because I have served the proposed order to all parties entitled to service and no objection has been served on me.

                                  THATCHER SMITH LAW, LLC

                                  s/ Maret Thatcher Smith
                                  Maret Thatcher Smith, OSB #105103
                                  Attorney for Defendant
                                  Maret@thatchersmithlaw.com
                                  Ph: 971-284-7129

**Exhibit 21**
**Page 2 of 2**