IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES-OREGON, an Oregon nonprofit corporation, dba Providence Portland Medical Center<br><br>Plaintiff,<br><br>v.<br><br>SANJANA PAHALAD MANCUSO, personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities, and ELAP SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | **Case No. 16CV38474**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO: CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that Robert Spajic and Mary-Anne Rayburn, Gordon & Polscer, LLC, 9755 SW Barnes Road, Suite 650, Portland, Oregon 97225, Telephone (503) 242-2922, Fax (503) 242-1264, rspajic@gordon-polscer.com, mrayburn@gordon-polscer.com, are hereby substituted as counsel of record for Defendant Sanjana Pahalad Mancuso in the above-entitled action in place of Maret Thatcher Smith, for all purposes in the above-captioned proceedings.

**NOTICE OF SUBSTITUTION OF COUNSEL** - 1

**GORDON & POLSCER, L.L.C.**
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Telephone: (503) 242-2922

**Exhibit 22**
**Page 1 of 3**

Please direct all future notices and correspondence to:

> Robert Spajic
> Mary-Anne Rayburn
> Gordon & Polscer, LLC
> 9755 SW Barnes Road
> Suite 650
> Portland, OR 97225
> Telephone (503) 242-2922
> rspajic@gordon-polscer.com
> mrayburn@gordon-polscer.com

DATED this 2nd day of March, 2017.

    GORDON & POLSCER, L.L.C.

By: */s/Mary-Anne S. Rayburn*
    Mary-Anne S. Rayburn, OSB No.
    mrayburn@gordon-polscer.com
    Robert Spajic, OSB No.
    Phone No. (503) 242-2922

Attorneys for Defendant Sanjana Pahalad Mancuso


By:/*s/Maret Thatcher Smith*
    Maret Thatcher Smith, OSB 105103
    312 NW 10th Ave. #200B
    Portland, OR 97209
    Ph: 971-284-7129
    maret@thatchersmithlaw.com

Former Attorney for Sanjana Pahalad Mancuso

**NOTICE OF SUBSTITUTION OF COUNSEL** - 2

**GORDON & POLSCER, L.L.C.**
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Telephone: (503) 242-2922

**Exhibit 22**
**Page 2 of 3**

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I served on the following attorney(s) the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** in the manner described below:

| | | |
|---|---|---|
| Arden J. Olson<br>Harrang Long Gasry Rudnick, P.C.<br>360 East 10th Avenue<br>Suite 300<br>Eugene, OR 97401 | ☑<br>☐<br>☐<br>☐<br>☑ | U.S. Mail<br>Hand Delivery<br>Telefax<br>UPS<br>E-mail |

*Attorney for Plaintiff*

| | | |
|---|---|---|
| Kris Alderman<br>FisherBroyles<br>945 East Paces Ferry Road<br>Suite, 2000<br>Atlanta, GA 30326 | ☑<br>☐<br>☐<br>☐<br>☑ | U.S. Mail<br>Hand Delivery<br>Telefax<br>UPS<br>E-mail |

*Attorney for Defendant Mancuso and ELAP Services, LLC*

| | | |
|---|---|---|
| Maret Thatcher Smith<br>312 NW 10th Ave. #200B<br>Portland, OR 97209 | ☑<br>☐<br>☐<br>☐<br>☑ | U.S. Mail<br>Hand Delivery<br>Telefax<br>UPS<br>E-mail |

*Former Attorney for Sanjana Pahalad Mancuso*

DATED this 2nd day of March, 2017.

By: */s/Mary-Anne S. Rayburn*
Mary-Anne S. Rayburn, OSB No.
mrayburn@gordon-polscer.com
Phone No. (503) 242-2922

Attorneys for Defendant Sanjana Pahalad Mancuso

**CERTIFICATE OF SERVICE** - 1

**GORDON & POLSCER, L.L.C.**
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Telephone: (503) 242-2922

**Exhibit 22**
**Page 3 of 3**