IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES-OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities,<br><br>Defendant. | Case No. 16CV38474<br><br>**QUALIFIED PROTECTIVE ORDER** |

This order authorizes any "covered entity," as that term is defined in 45 C.F.R. § 160.103, who is provided with a subpoena issued by one the parties to this action requesting the production of documents or commanding attendance at deposition or trial to disclose relevant protected health information relating to patient Rattan Kumar Pahalad in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512 (e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action, except Defendant shall be entitled to use the protected health information for any purpose not otherwise unlawful. Nothing herein shall be construed to impair or limit the rights of Plaintiff, as a covered entity, to use, disclose, access, or maintain protected health

Page 1 – **QUALIFIED PROTECTIVE ORDER**

HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Exhibit 23
Page 1 of 4

information obtained by Plaintiff independent of this matter in any manner consistent with applicable state and federal laws governing protected health information.

Signed: 3/1/2017 11:51 AM

_____
Circuit Court Judge Eric J. Bloch

STIPULATED BY:

HARRANG LONG GARY RUDNICK P.C.
Arden J. Olson, OSB 870704
arden.j.olson@harrang.com
Lorelei Craig, OSB 152515
lorelei.craig@harrang.com

Of Attorneys for Plaintiff


THATCHER SMITH LAW
Maret Thatcher Smith, OSB 105103
maret@thatchersmithlaw.com

FISHERBROYLES
Kris Alderman, Pro Hac Vice

Of Attorneys for Defendant Mancuso

HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Page 2 –   **QUALIFIED PROTECTIVE ORDER**

**Exhibit 23**
**Page 2 of 4**

**CERTIFICATE OF COMPLIANCE AND READINESS**

**PURSUANT TO UTCR 5.100**

This proposed **QUALIFIED PROTECTIVE ORDER** is ready for judicial signature because:

☑ Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation of approval sent to me.

Harrang Long Gary Rudnick P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Page 3 –   **QUALIFIED PROTECTIVE ORDER**

**Exhibit 23
Page 3 of 4**

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2017, I served or caused to be served a true and complete copy of the foregoing QUALIFIED PROTECTIVE ORDER on the party or parties listed below as follows:

- ☐ Via the Court's Efiling System
- ☐ Via First Class Mail, Postage Prepaid
- ☑ Via Email
- ☐ Via Personal Delivery

| | |
|---|---|
| Maret Thatcher Smith<br>Thatcher Smith Law<br>107 SE Washington St. Ste 255<br>Portland, OR 97214<br>maret@thatchersmithlaw.com<br><br>Of Attorneys for Defendant Mancuso | Kris Alderman<br>FisherBroyles<br>945 East Paces Ferry Road<br>Suite 2000<br>Atlanta, GA 30326<br>kris.alderman@fisherbroyles.com<br><br>Of Attorneys for Defendant Mancuso |

HARRANG LONG GARY RUDNICK P.C.

By: s/Arden J. Olson
Arden J. Olson, OSB #870704
Telephone: 541-485-0220
Facsimile: 541-686-6564
Of Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue
Suite 300
Eugene, OR 97401-3273
Phone 541-485-0220
Fax 541-686-6564

Page 4 – **QUALIFIED PROTECTIVE ORDER**

**Exhibit 23<br>Page 4 of 4**