**Arden J. Olson, OSB #870704**
**arden.j.olson@harrang.com**
**Lorelei A. Craig, OSB #152515**
**lorelei.craig@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:     541-485-0220
Facsimile:     541-686-6564
Of Attorneys for Plaintiff Providence Health & Services–Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES–OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br><br>      Plaintiff,<br><br>vs.<br><br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities, and **ELAP SERVICES, LLC**, a Delaware limited liability company,<br><br>      Defendants. | Case No. 3:17-cv-00430-MO<br><br>**DECLARATION OF ARDEN J. OLSON**<br>**In Support of Motion for Remand** |

ARDEN J. OLSON states as follows:

1.     I am counsel for plaintiff Providence Health & Services‒Oregon in this matter.

2.     Attached as Exhibit 1 is a letter to me dated February 27, 2017, from ELAP's counsel, indicating ELAP's intention to remove the matter to this Court.

3.     Attached as Exhibit 2 is my letter dated March 1, 2017, transmitted to ELAP's counsel by email at 8:02 a.m. PST that morning.

4. Attached as Exhibit 3 is an email responding to Exhibit 2, received by me at 12:39 p.m. PST that same afternoon.

5. Attached as Exhibit 4 is my subsequent letter dated March 1, 2017, transmitted to ELAP's counsel by email at 3:01 p.m. PST that afternoon.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2017.

                                                s/Arden J. Olson
                                                Arden J. Olson

# CERTIFICATE OF SERVICE

I certify that on March 29, 2017, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF ARDEN J. OLSON** on the party or parties listed below as follows:

☑ Via CM / ECF Filing
☐ Via First Class Mail, Postage Prepaid
☐ Via Email
☐ Via Personal Delivery

| | |
|---|---|
| Mary-Anne S. Rayburn<br>Robert Spajic<br>Gordon & Polscer, L.L. C.<br>Suite 650<br>9755 S.W. Barnes Road<br>Portland, OR 97225<br><br>Of Attorneys for Defendant ELAP Services, LLC | Kris Alderman<br>FisherBroyles<br>945 East Paces Ferry Road, Suite 2000<br>Atlanta, GA 30326<br><br>Of Attorneys for Defendant Mancuso and ELAP Services, LLC |

HARRANG LONG GARY RUDNICK P.C.

By: s/Arden J. Olson
    Arden J. Olson, OSB #870704
    Lorelei A. Craig, OSB #152515
    Of Attorneys for Plaintiff Providence Health & Services–Oregon

00889778.v1