**Arden J. Olson, OSB #870704**
arden.j.olson@harrang.com
**Lorelei A. Craig, OSB #152515**
lorelei.craig@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:      541-485-0220
Facsimile:      541-686-6564
Of Attorneys for Plaintiff Providence Health & Services–Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **PROVIDENCE HEALTH & SERVICES– OREGON,** an Oregon nonprofit corporation, dba Providence Portland Medical Center,<br><br>          Plaintiff,<br><br>     vs.<br><br>**SANJANA PAHALAD MANCUSO,** personal representative of the Estate of Rattan Kumar Pahalad, in her official and personal capacities, and **ELAP SERVICES, LLC**, a Delaware limited liability company,<br><br>          Defendants. | Case No. 3:17-cv-00430-MO<br><br>**DECLARATION OF LORELEI A. CRAIG**<br>**In Support of Motion for Remand** |

LORELEI A. CRAIG states as follows:

1.     I am counsel for plaintiff Providence Health & Services‑Oregon in this matter.

2.     Attached as Exhibit 1 is what purports to be an ELAP White Paper available on the website of Employee Benefit Management Services, Inc., and accessed at http://www.ebms.com/documents/uploads/56904d1481e87.pdf, on April 25, 2017.

3.     Attached as Exhibit 2 is what purports to be an ELAP Balance Billing Frequently Asked Questions brochure located through an internet search and accessed at

Page 1 – **DECLARATION OF LORELEI A. CRAIG**

http://agorabenefitssolutions.com/wp-content/uploads/2016/05/ELAP-english.pdf, on April 25, 2017.

4. Attached as Exhibit 3 is what purports to be an ELAP Balance Bill Basics brochure located through an internet search and accessed at http://mybenefitsportal.com/ibt/wp-content/uploads/2015/05/GPA-ELAP-Frequently-Asked-Questions-on-Balance-Billing.pdf, on April 25, 2017.

5. Attached as Exhibit 4 is a true and correct copy of notice from Group & Pension Administrators, Inc. to Rattan Kumar Pahalad, which was produced in the state court action by Defendant Sanjana Pahalad Mancuso ("Mancuso"), with bates number MANCUSO 000084

6. Attached as Exhibit 5 is a true and correct copy of Mancuso's appeal letter dated October 19, 2016, to Group Pension Administrators requesting reconsideration of coverage denial for excess claim limits, which was produced in the state court action by Mancuso, with bates number MANCUSO 000090.

7. Attached as Exhibit 6 is a true and correct copy of ELAP's denial of Mancuso's October 19th appeal, dated February 13, 2017, which was produced in the state court action by Mancuso, with bates number MANCUSO 000261-MANCUSO 000267.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2017.

                                                s/Lorelei A. Craig
                                                  Lorelei A. Craig

# CERTIFICATE OF SERVICE

I certify that on April 26, 2017, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF LORELEI A. CRAIG** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

| | |
|---|---|
| Mary-Anne S. Rayburn<br>Robert Spajic<br>Gordon & Polscer, L.L.C.<br>Suite 650<br>9755 S.W. Barnes Road<br>Portland, OR  97225<br><br>Of Attorneys for Defendant ELAP Services, LLC | Kris Alderman<br>FisherBroyles<br>945 East Paces Ferry Road, Suite 2000<br>Atlanta, GA  30326<br><br>Of Attorneys for Defendant Mancuso and ELAP Services, LLC |

HARRANG LONG GARY RUDNICK P.C.

By: s/Arden J. Olson
 Arden J. Olson, OSB #870704
 Lorelei A. Craig, OSB #152515
 Of Attorneys for Plaintiff Providence Health & Services–Oregon

00901624.v1

Page 3 – **DECLARATION OF LORELEI A. CRAIG**